FILED
BILLINGS DIV.

2007 OCT 9 AM 10 37

PATRICK E. DUFFY, CLERK

BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| **HIGH PLAINS RESTAURANT, CORPORATION, LAURENT ZIROTTI, PATRICIA ZIROTTI, ENZO ZIROTTI,** and **LUCAS ZIROTTI,**<br><br>          Plaintiffs,<br><br>   vs.<br><br>**IMMIGRATION AND NATURALIZATION SERVICE, JANET RENO,** Attorney General of the United States, and **TERRY E. WAY,** Director, Nebraska Service Center,<br><br>          Defendants. | Cause No.   CV 00-169-BLG-JDS<br>      and      CV 02-166-BLG-JDS<br><br><br><br><br><br><br><br><br>**ORDER OF DISMISSAL**<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* |

Based upon stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the above-captioned causes of action are hereby dismissed, with each party to bear their own costs and attorney's fees.

The Clerk of Court shall forthwith notify the parties of the making of this order.

**DONE** and **DATED** this 9th day of October, 2007.

*Jack D. Shanstrom*
Senior United States District Judge